| AO 10<br>Rev. 1/2014 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gordon, Andrew P. | 2. Court or Organization<br><br>U.S. District Court, Nevada | 3. Date of Report<br><br>11/04/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>Lloyd D. George Federal Courthouse<br>333 Las Vegas Boulevard South, Room 6018<br>Las Vegas, Nevada 89101 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | McDonald Carano Wilson LLP |
| 2. | Trustee | Trust #1 |
| 3. | Member, Board of Directors | Southern Nevada Sports Hall of Fame |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | McDonald Carano Wilson LLP Partnership Agreement with former law firm. Buyout of my partnership interest, plus final bonus payout when calcuated at year end. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 11/04/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | McDonald Carano wilson LLP - draw and bonuses for legal work; buy out of partnership interest | $460,577.84 |
| 2. 2013 | National Institute for Trial Advocacy - teaching | $2,700.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | �altext - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Institute for Trial Advocacy | 11/20/13-11/23/13 | Phoenix, AZ | teaching a seminar on depositions | lodging, meals, transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 11/04/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | McDonald Carano Wilson LLP | office desk | $2,260.30 |
| 2. | McDonald Carano Wilson LLP | contribution towards the cost of the reception for my investiture | $4,778.69 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 11/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | A | Interest | M | T | | | | | |
| 2. Wells Fargo (Cash Accounts) | A | Interest | L | T | | | | | |
| 3. Charles Schwab (Cash Accounts) | B | Interest | N | T | | | | | |
| 4. Abbot Labs stock | A | Dividend | | | Sold | 07/31/13 | J | A | |
| 5. Amreican Funds EuroPacific Grownt Fund R5 | C | Dividend | L | T | | | | | |
| 6. Bank of Montreal stock | A | Dividend | | | Sold | 07/31/13 | J | A | |
| 7. BlackRock Fixed Income Value Oppty Trust Cmn Cl | D | Dividend | K | T | | | | | |
| 8. BlackRock Muni Intermediate Duration Fund | A | Dividend | | | Sold | 07/31/13 | K | A | |
| 9. BlackRock Muniyield Quality Fund | A | Dividend | | | Sold | 07/31/13 | K | A | |
| 10. Calamos Strategic Total Return Fund | A | Dividend | | | Sold | 07/31/13 | J | A | |
| 11. Dodge & Cox Stock fund | D | Dividend | L | T | | | | | |
| 12. Enbridge Energy Partners LP | A | Dividend | | | Sold | 07/31/13 | K | D | |
| 13. Fidelity National Information Services stock | A | Dividend | | | Sold | 07/31/13 | K | E | |
| 14. Hospira, Inc. stock | A | Dividend | | | Sold | 07/31/13 | J | A | |
| 15. Intel Corp. stock | A | Dividend | K | T | Buy | 07/31/13 | J | | |
| 16. Invesco Real Estate Fund | A | Dividend | K | T | | | | | |
| 17. iShares Dow Jones US Consumer Goods Sector Index Fund | A | Dividend | | | Sold | 07/31/13 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 11/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iShares MSCI Japan Index Fund | A | Dividend | | | Sold | 07/31/13 | K | A | |
| 19. MFS Growth Allocation Fund Class C | A | Dividend | J | T | | | | | |
| 20. MFS Moderate Allocation Fund Class C | A | Dividend | | | Sold | 07/31/13 | K | D | |
| 21. Microsoft Corp. stock | A | Dividend | J | T | | | | | |
| 22. Nuveen Intermediate Duration Muni Bond Fund | A | Dividend | | | Sold | 07/31/13 | J | A | |
| 23. Templeton Developing Markets Trust | A | Dividend | | | Sold | 07/31/13 | K | D | |
| 24. Templeton Growth Fund | A | Dividend | | | Sold | 07/31/13 | K | C | |
| 25. Vanguard Dividend Appreciation ETF | A | Dividend | | | Sold | 07/31/13 | K | D | |
| 26. Vanguard LifeStrategy Conservative Growth Fund | E | Dividend | O | T | | | | | |
| 27. Walt Disney stock | A | Dividend | K | T | | | | | |
| 28. Western Assets Emerging Markest Debt Fund | A | Dividend | | | Sold | 07/31/13 | J | A | |
| 29. California PUB WKS BRD LSE REV D RF OID NPFG APR04 03.25% DEC | A | Interest | J | T | | | | | |
| 30. Illinois ST College Savings 6.2% CI RF Oct 92 00.00%AUG01 13 | A | Interest | | | Matured | 08/01/13 | | | |
| 31. Middlesex, NJ IMPT UTL RV 5.08%CI SER B GUAR AMBAC JAN99 00 | A | Interest | K | T | | | | | |
| 32. Texas ST TPK AT CENT TX REV 4.47% CI SER A AMBAC AUG01 00.00 | | | | | | | | | |
| 33. ML Systematic Momentum Futures Access LLC Class C | | None | | | Sold | 06/15/13 | J | A | |
| 34. Bank of America SRN Linked to the Investable Volatility Index | A | Dividend | | | Sold | 11/27/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 11/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Franklin Templeton Age-Based 529 - Age 13-16 | | None | L | T | | | | | |
| 36. Franklin Templeton Age-Based 529 - Age 17+ Aggressive | | None | K | T | | | | | |
| 37. HollyFrontier Corp. stock | A | Dividend | J | T | Buy | 07/31/13 | J | | |
| 38. iShares MSCI ETF EAFE Minimum Volatility | A | Dividend | K | T | Buy | 07/31/13 | K | | |
| 39. iShares MSCI Malaysia Index Fund | A | Dividend | J | T | Buy | 07/31/13 | J | | |
| 40. iShares MSCI Singapore ETF | A | Dividend | J | T | Buy | 07/31/13 | J | | |
| 41. iShares TR MSCI EAFE ETF | A | Dividend | | | Sold | 07/31/13 | K | C | |
| 42. iShares MSCI ETF Emerging Mkts Minimum | A | Dividend | | | Sold | 12/13/13 | K | A | |
| 43. iShares TR US Consumer Goods ETF | A | Dividend | | | Sold | 07/31/13 | K | E | |
| 44. Pimco Exhchange Traded Fund Intermediate Municipal Bond Exchange | A | Dividend | L | T | Buy | 07/31/13 | L | | |
| 45. Pimco Exhchange Traded Fund Investment Grade Corp. Bond Index E | A | Dividend | J | T | Buy | 07/31/13 | L | | |
| 46. Powershares ETF S&P 500 Downside Hedged Portfolio | A | Dividend | K | T | Buy | 07/31/13 | K | | |
| 47. SPDR Nuveen Barclay ETF Muni Managed Money Index | A | Dividend | L | T | Buy | 07/31/13 | L | | |
| 48. Vanguard Short Term Tax Exempt Fund Investor SHR | C | Dividend | N | T | Buy | 07/26/13 | K | | |
| 49. Vanguard Small Cap Growth | A | Dividend | K | T | Buy | 07/31/13 | K | | |
| 50. Vanguard Small Cap Value | A | Dividend | K | T | Buy | 07/31/13 | K | | |
| 51. Middlesex CO IMPT A 0% UTIL COMB DUE 09/01/16 PERTH AMBOY | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 11/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. iShares MSCI EAFE Index Fund | A | Dividend | | | Sold | 07/31/13 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, line 1 re Trust #1: I and my brother are co-trustees of a trust that has been segregated into five cash accounts, one for each of my siblings and I. The aggregate amount of those combined cash accounts is reflected in Column C(1). However, most of those funds are not in my separate account, which would be a Category K.

2) Part VII, line 30 lists an Illinois State bond. That bond matured on August 1, 2013, so no further payments were made because principal and interest were fully paid. Column D(3) is blank because no consideration was paid for this maturity; rather, it matured on its own.

3) Part VII, line 31 lists "Middlesex NJ IMPT UTL RV 5.08%CI SER B GUAR AMBAC JAN99 00." I reported this item on my Nomination Report last year, but I cannot locate any information about this investment. It may have been reorganized because I currently hold an interest in an investment called "Middlesex CO IMPT A 0%16UTIL COMB DUE 09/01/16 PERTH AMBOY." That investment reflects the same purchase date as my previously-reported Middlesex investment. My Financial Advisor believes they are the same, but reorganized under a different name.

4) Part VII, line 32 lists "Texas ST TPK AT CENT TX REV 4.47% CI SER A AMBAC AUG02 00.00." I reported this item on my Nomination Report last year, but neither I nor my Financial Advisor can locate any information about this investment.

5) Part VII, line 42 lists "iShares MSCI ETF Emerging Markts Minimim." I purchased that investment on July 31, 2013 for a value in Category K, and sold it on December 13, 2013 for a value in Category K.

6) 5) Part VII, line 52 lists "iShares MSCI EAFE Index Fund." It was included in my 2012 report, but I inadvertently left it off my 2013 report. I have added it into this amended report, in response to a letter from the Committee on Financial Disclosure.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Andrew P. Gordon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544